IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:05-0496 |
| | ) Judge Trauger |
| WHITE CASTLE SYSTEM, INC., | ) Magistrate Judge Knowles |
| | ) |
| Defendant. | ) |

## O R D E R

On March 28, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that the defendant's Motion for Summary Judgment be granted. (Docket No. 45) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion for Summary Judgment (Docket No. 30) is **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED**.

ENTER this 16th day of April 2007.

_____
ALETA A. TRAUGER
U.S. District Judge