IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-0496 |
| ) | Judge Trauger |
| WHITE CASTLE SYSTEM, INC., ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

**O R D E R**

The Magistrate Judge issued a Report and Recommendation on July 15, 2008 (Docket No. 84), which was amended on July 16, 2008 (Docket No. 85). No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant is awarded a sanction in the amount of $2,000, pursuant to 28 U.S.C. § 1927, which is to be paid by plaintiff's counsel to the defendant within twenty (20) days of the entry of this Order.

It is further **ORDERED** that the Clerk will assure that Robert J. Martin, former counsel to the plaintiff, receives a copy of this Order.

It is so **ORDERED**.

ENTER this 15th day of August 2008.

_____
ALETA A. TRAUGER
U.S. District Judge